# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

**In re:**

| | | | |
|---|---|---|---|
| **ALEXANDER COTTO DELGADO** | | **Case No.** | **19-02213-MCF** |
| **GRISELLE CRUZ CRUZ** | **Chapter 13** | **Attorney Name:** | **ROBERTO FIGUEROA CARRASQUILLO*** |

---

**I. Appearances**

| | | | |
|---|---|---|---|
| **Debtor** | [X] Present | [ ] Absent | |
| **Joint Debtor** | [X] Present | [ ] Absent | |
| **Attorney for Debtor** | [X] Present | [ ] Absent | |

[ ] Prose

[ ] Appearing:

**Date & Time:**    5/29/2019   8:36:00AM

[X] R       [ ] NR     LV:   To be determined.

[ ] This is debtor(s) 0 Bankruptcy filing.

**Creditors:**

None

---

**II. Oath Administered**

[X] Yes           [ ] No

---

**III. Plan**

**Date:**   04/23/2019          **Base:**        $3,600.00    Payments 0 made out of 1 due.

**Confirmation Hearing Date:**       6/21/2019   1:30:00PM

**Evidence of Pmt shown:**    Yes

---

**Attorney's fees as per R. 2016(b)**

$1,320.00   -   $132.00   =   $1,188.00

---

**IV. Status of Meeting**

[X] Closed         [ ] Not Held         [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

---

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**

**REPORT OF ACTION TAKEN**

**MEETING OF CREDITORS**

In re:

ALEXANDER COTTO DELGADO   Case No.   19-02213-MCF

GRISELLE CRUZ CRUZ   Chapter 13   Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility<br>[ ] Insufficiently funded<br>[ ] Unfair discrimination<br>[ ] Fails disposable income<br>[ ] Fails liquidation value test<br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br><br>[ ] Tax returns missing<br>  [ ] State  - years<br><br>[ ] Federal  - years |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br>[ ] Evidence of being current with DSO<br><br>[ ] Evidence of income | [ ] Monthly reports for the months<br><br>[ ] Public Liability Insurance<br>  [ ] Premises<br>  [ ] Vehicle(s):<br>[ ] Licenses issued by: |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

ALEXANDER COTTO DELGADO

GRISELLE CRUZ CRUZ

Case No.   19-02213-MCF

Chapter 13     Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO*

---

Trustee's objection to confirmation

[X] Objection to Confirmation
[ ] Oral objection by creditor

1. Per ASUME certification joint debtor receives $child support of $251.54 that is disclosed in Schedule "I", however, there is an account receivable $4,386.14 for other child support account with no monthly payment but with a plan payment of $135.20 monthly to cure the arrears that is not disclose in Schedule "I".  Amend accordingly.

2. Schedule A/B does not disclose account receivable of $4,386.14 for a child support arrears.

3. Debtor to amend the corresponding schedules and plan to include suit against Wal-Mart due to a slip and fall. Case has already been filed.

The following party(ies) object(s) confirmation:

s/Alejandro Oliveras

Trustee/Presiding Officer

Date:   05/29/2019

(Rev. 05/13)