IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ALEXANDER COTTO DELGADO  CASE NO. 19-02213-MCF

GRISELLE CRUZ CRUZ  CHAPTER 13

DEBTOR(S)

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period is: 3 years

2. The liquidation value of the estate is $: To be determined.

3. The general unsecured pool is $: 0

PLAN DATE: April 23, 2019    PLAN BASE: $3,600.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 6/10/2019

[ ] FAVORABLE      [X] UNFAVORABLE

**1. [X] INSUFFICIENTLY FUNDED § 1325(b):**

Plan is insufficiently fuded to pay secured creditor Empresas Berrios claim 5-1.

**2. [X] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):**

Plan should nbe amended to devote any non-exempt proceeds from suit against Wal-mart.

**3. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):**

1) Schedule A/B does not disclose account receivable of $4,386.14 for a child support arrears. 2) Schedule A/B and Statement of Financial Affairs does not disclose suit against Wal-Mart due to a slip and fall. Per testimony case has already been filed.

**4. [X] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):**

Plan does not provide for secured creditor Empresas Berrios claim 5-1.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Osmarie Navarro Martínez
Osmarie Navarro Martínez

Atty: ROBERTO FIGUEROA

USDC # 222611
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - WG