IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>ALEXANDER COTTO DELGADO<br>GRISELLE CRUZ CRUZ<br><br>xx-xx-6304<br>xx-xx-8947<br>Debtor(s) | CASE NO. 19-02213-MCF13<br>Chapter 13<br><br><br><br><br>FILED & ENTERED ON JUL/13/2021 |

ORDER

The motion filed by the debtors requesting authorization to use funds from a civil case settlement (docket #31) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13 day of July, 2021.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge