IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ALEXANDER COTTO DELGADO
GRISELLE CRUZ CRUZ

DEBTORS

CASE NO. 19-02213/MCF

CHAPTER 13

**DEBTORS' REPLY TO *TRUSTEE'S MOTION TO DISMISS*, DOCKET NO. 34**

**TO THE HONORABLE COURT:**

**NOW COME, ALEXANDER COTTO DELGADO and GRISELLE CRUZ CRUZ**, the Debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. On July 19, 2021, the Chapter 13 Trustee filed a *Trustee's Motion to Dismiss*, Docket No. 34, basically stating that the Debtor's Plan payments are in arrears in the sum of $300.00 in the above captioned case.

2. The Debtors hereby submit that on August 14, 2021 they made one (1) $300.00 payment to the Trustee. Attached is copy of the money order number 27547308797, curing the Plan arrears in the above captioned case.

3. The Debtors respectfully state that they are up-to-date in the Plan payments to the Trustee.

**WHEREFORE** Debtors respectfully pray that the *Trustee's Motion to Dismiss* for failure to make current Plan payments, Docket No. 34, be denied.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of the same to the Chapter 13 Trustee, I also certify that a copy of this motion was sent via US Mail to the Debtors to the address of record.

Page – 2 –
Debtor's Reply to Motion to Dismiss
Case no. 19-02213/MCF13

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 16th day of August, 2021.

/s/*Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC 203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726-0186
TEL 787-744-7699/787-963-7699
EMAIL: rfc@rfigueroalaw.com

