# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | CASE NO. 19-02213/MCF |
| | * | |
| ALEXANDER COTTO DELGADO | * | |
| GRISELLE CRUZ CRUZ | * | CHAPTER 13 |
| | * | |
| DEBTOR | * | |

**DEBTOR'S REPLY TO TRUSTEE'S *MOTION TO DISMISS* DOCKET NO. 42 AND IN COMPLIANCE WITH ORDER, DOCKET NO. 45.**

TO THE HONORABLE COURT:

**NOW COME, ALEXANDER COTTO DELGADO and GRISELLE CRUZ CRUZ,** the Debtors, through the undersigned attorney, and very respectfully state and pray as follows:

1. The Chapter 13 Trustee filed a *Trustee's Motion to Dismiss,* Docket No. 42, whereby the Trustee requests the Court to dismiss the present Chapter 13 case based on Plan arrears incurred by the Debtors, in the sum of $600.00, in the above captioned case.

2. On August 24, 2022, this Honorable Court issued an *ORDER*, Docket No. 45, whereby the Debtors are Ordered to reply within 30 days to the *Trustee's Motion to Dismiss* (Docket No. 42), which Order is due by September 23, 2022.

3. The Debtors hereby respectfully submit that on August 19, 2022, they made one (1) $300.00 payment to the Trustee, registered with the Trustee on August 22, 2022 additionally, on September 16, 2022, the Debtors made one (1) $300.00 payment to the Trustee money order no. 22-013793479, for a total payment of $600.00, to cure all arrears in the confirmed Plan.

4. The Debtors respectfully submit that they are up-to-date in the confirmed Plan payments, thus, respectfully request the Court to deny the *Trustee's Motion to Dismiss*,

Docket no. 42, in the above captioned case.

**WHEREFORE**, the Debtors, through the undersigned attorney respectfully request that this Honorable Court grant the foregoing Reply to the *Trustee's Motion to Dismiss*, Docket No. 42, and in compliance with *Order* dated August 24, 2022, Docket No. 45 and respectfully request the Court to deny the *Trustee's Motion to Dismiss*, Docket no. 42, in the above captioned case.

**I HEREBY CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using the CM/ECF filing system which will send notifications of such to the Chapter 13 Trustee and to all CM/ECF participants; I also certify that I have mailed by United States Postal Services copy of this motion to the following non-participant: the Debtors, Alexander Cotto Delgado and Griselle Cruz Cruz, Jardines de Condado Moderno Apt C 5 B Caguas PR 00725, in the above captioned case.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 20th day of September, 2022.

*/s/ Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR THE DEBTORS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699/787-963-7699
Email: rfc@rfigueroalaw.com



Print Page   Printer Friendly

# FINANCIAL SUMMARY - CASE 19-02213

ALEXANDER COTTO DELGADO paying **$100.00** MONTHLY

| Receipts | Rcpts/Deb Refunds | Disbursements | Adjustments | Trustee Disb | Trustee Adj | Show All |

Limits: Select Start Date ▾   Select Claim ID ▾   Select Payee Name ▾   Check Status: Cleared | Stale Dated | Stop Payment | Cancelled | Voided | Outstanding

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 8/22/2022 | | | Deb 08-22 2022 | OFFICE DIRECT DEPOSIT | $300.00 | | |
| 3/21/2022 | | | Deb 03-21 2022 | OFFICE DIRECT DEPOSIT | $200.00 | | |
| 1/31/2022 | | | Deb 01-31 2022 | OFFICE DIRECT DEPOSIT | $400.00 | | |
| 9/24/2021 | | | 0714 86700 0003 | LOCKBOX PAYMENT | $200.00 | | |
| 8/18/2021 | | | Deb 08-18 2021 | OFFICE DIRECT DEPOSIT | $300.00 | | |
| 4/29/2021 | | | 7626 48W00 0003 | INTERNET PAYMENT | $100.00 | | |
| 4/29/2021 | | | 7626 98W00 0003 | INTERNET PAYMENT | $100.00 | | |
| 4/20/2021 | | | 6429 16W00 0003 | INTERNET PAYMENT | $100.00 | | |
| 3/23/2021 | | | 3698 06S00 0003 | INTERNET PAYMENT RETURNED | ($100.00) | | |
| 3/22/2021 | | | 3698 06S00 0003 | INTERNET PAYMENT | $100.00 | | |
| 1/22/2021 | | | 6841 79W00 0003 | INTERNET PAYMENT | $100.00 | | |
| 1/22/2021 | | | 6841 18W00 0003 | INTERNET PAYMENT | $100.00 | | |
| 12/24/2020 | | | 3953 75S00 0003 | INTERNET PAYMENT RETURNED | ($100.00) | | |
| 12/23/2020 | | | 3953 75S00 0003 | INTERNET PAYMENT | $100.00 | | |
| 11/24/2020 | | | 1147 47W00 0003 | INTERNET PAYMENT | $100.00 | | |
| 10/26/2020 | | | 7214 30W00 0003 | INTERNET PAYMENT | $100.00 | | |
| 8/26/2020 | | | 1251 44W00 0003 | INTERNET PAYMENT | $100.00 | | |
| 7/27/2020 | | | 6826 63W00 0003 | INTERNET PAYMENT | $100.00 | | |
| 6/29/2020 | | | 3765 95W00 0003 | INTERNET PAYMENT | $100.00 | | |
| 6/25/2020 | | | 3359 71W00 0003 | INTERNET PAYMENT | $100.00 | | |
| 5/26/2020 | | | 9422 97W00 0003 | INTERNET PAYMENT | $100.00 | | |
| 5/8/2020 | | | 7765 57W00 0003 | INTERNET PAYMENT | $100.00 | | |
| 5/1/2020 | | | 6878 77S00 0003 | INTERNET PAYMENT RETURNED | ($100.00) | | |
| 4/30/2020 | | | 6878 77S00 0003 | INTERNET PAYMENT | $100.00 | | |
| 4/21/2020 | | | 5856 98S00 0003 | INTERNET PAYMENT RETURNED | ($100.00) | | |
| 4/20/2020 | | | 5856 98S00 0003 | INTERNET PAYMENT | $100.00 | | |
| 2/28/2020 | | | 0714 86301 0003 | LOCKBOX PAYMENT | $100.00 | | |
| 1/29/2020 | | | 0714 86700 0003 | LOCKBOX PAYMENT | $100.00 | | |
| 12/31/2019 | | | 0714 86706 0003 | LOCKBOX PAYMENT | $100.00 | | |
| 12/3/2019 | | | Deb 12-02 2019 | OFFICE DIRECT DEPOSIT | $100.00 | | |
| 10/29/2019 | | | Deb 10-29 2019 | OFFICE DIRECT DEPOSIT | $100.00 | | |
| 9/30/2019 | | | Deb 09-30 2019 | OFFICE DIRECT DEPOSIT | $100.00 | | |
| 9/4/2019 | | | Deb 09-03 2019 | OFFICE DIRECT DEPOSIT | $100.00 | | |
| 7/26/2019 | | | Deb 07-26 2019 | OFFICE DIRECT DEPOSIT | $100.00 | | |
| 6/24/2019 | | | 0714 86701 0003 | LOCKBOX PAYMENT | $100.00 | | |
| 5/23/2019 | | | 0714 86701 0003 | LOCKBOX PAYMENT | $100.00 | | |
| | | | | **Totals:** | **$3,700.00** | **$0.00** | |

